IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VANGURA KITCHEN TOPS, INC. d/b/a
VANGURA SURFACING PRODUCTS AND
VANGURA LAMINATED PRODUCTS,                    13cv0102
                                               **ELECTRONICALLY FILED**

       Plaintiff,

         v.

C & C NORTH AMERICA INC. d/b/a
COSENTINO USA and COSENTINO USA,
INC.,

       Defendant.


### <u>Order of Court re: Motion to Dismiss Due to Arbitrability of Dispute (doc. no. 11)</u>

And now, this 5th day of March, 2013, for the reasons set forth in the Accompanying

Memorandum Opinion, it is HEREBY ORDERED that Defendant's Motion to Dismiss Due to

Arbitrability of Dispute (converted into a motion for summary judgment) (doc. no. 11) is

GRANTED. Plaintiff's (alternative) motion to appoint a "replacement" arbitrator (see doc. no.

18) is DENIED. Judgment is hereby entered in favor of Defendant and against Plaintiff.

The Clerk shall mark the docket closed.

                            **SO ORDERED** this 5th day of March, 2013.

                            s/Arthur J. Schwab
                            Arthur J. Schwab
                            United States District Judge


cc: All Registered ECF Counsel and Parties